**UNITED STATES DISTRICT COURT
DISTRICT OF MAINE**

| | |
|---|---|
| CASEY-JO M., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:19-cv-00487-JDL |
| | ) |
| ANDREW M. SAUL, Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge, John C. Nivison, filed his Recommended Decision (ECF No. 6) on Casey-Jo M.'s disability appeal with the Court on December 9, 2019, pursuant to 28 U.S.C.A. § 636(b)(1)(B) (2018) and Fed. R. Civ. P. 72(b). The time within which to file objections expired on January 2, 2020, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal. Having reviewed and considered the Magistrate Judge's Recommended Decision, I concur with the Magistrate Judge's conclusions as set forth in his Recommended Decision.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 6) of the Magistrate Judge is hereby **ACCEPTED** and the complaint (ECF No. 1) is **DISMISSED** without prejudice.

**SO ORDERED.**

**Dated this 14th day of January, 2020**

                                                                 /s/ Jon D. Levy
                                               **CHIEF U.S. DISTRICT JUDGE**